UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CDCR DEPARTMENTAL REVIEW BOARD, et al.,<br><br>          Defendants. | Case No.: 1:12-cv-00757 – JLT (PC)<br><br>**ORDER STRIKING PLAINTIFF'S LODGED SECOND AMENDED COMPLAINT**<br><br>(Docs. 29) |

  Plaintiff Luis V. Rodriguez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in a prisoner civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff presently lodges a second amended complaint on August 19, 2013. (Doc. 29).

  Under Fed. R. Civ. P. 15(a), a party may amend its pleadings once as a matter of course within 21 days after service.  In all other situations, a party must seek leave of the Court to amend his or her filings. *See* Fed. R. Civ. P. 15.  While the Court "should freely give leave [to amend] when just so requires," here, the Court does not find that the ends of justice require granting leave to amend.

  First, Plaintiff does not seek leave to amend his complaint; instead, he merely filed a second amended complaint without any showing why he should be permitted to file it.  Second, the Court has spent significant amounts of time screening Plaintiff's first amended complaint and has found service of certain claims to be appropriate. (Doc. 28).  Third, Plaintiff's lodged complaint appears to be a near

1

replica of his first amended complaint.  Thus, the Court finds that granting Plaintiff leave to amend his first amended complaint *sua sponte* would be futile and a waste of judicial resources.

Accordingly, the Court **HEREBY ORDERS** that Plaintiff's lodged **second amended complaint** be **STRICKEN** from the record.

IT IS SO ORDERED.

Dated:   **August 22, 2013**                              **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE