1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   LUIS V. RODRIGUEZ,                    1:12-cv-00757 AWI JLT (PC)

12              Plaintiff,                 ORDER REQUIRING PLAINTIFF TO FILE
                                          OPPOSITION OR STATEMENT OF NON-
13        v.                              OPPOSITION TO DEFENDANTS' MOTION
                                          TO DISMISS WITHIN TWENTY-ONE DAYS
14   CDCR DEPARTMENT OF REVIEW
     BOARD, et al.,                       (Doc. 52)
15
                Defendant(s).
16

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  The events giving rise to Plaintiff's claims occurred in 2009 at Kern Valley State Prison.

19        On April 30, 2014, Defendants filed a motion to dismiss for failure to state a claim,

20   qualified immunity, and asserting that this action is barred under *Heck* and *Balisok*.  (Doc. 52.)

21   On May 7, 2014, a second informational order issued advising Plaintiff of the requirements to

22   oppose a motion to dismiss and directing Plaintiff to file an opposition or a statement of non-

23   opposition within twenty-one days.  (Doc. 53.)  More than 21 days have passed and Plaintiff has

24   not filed an opposition or a statement of non-opposition to the motion. Local Rule 230(*l*).

25        Accordingly, it is HEREBY ORDERED that:

26        1. Plaintiff SHALL file an opposition or a statement of non-opposition to the motion

27   within **21 days** from the date of service of this order; and

28

                                          1

2. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

   Dated:   **June 9, 2014**                              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

2