IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS V. RODRIGUEZ,**<br><br>            Plaintiff,<br><br>    v.<br><br>**CDCR DEPT. REVIEW BOARD, et al.,**<br><br>            Defendants. | 1:12-cv-00757 DAD JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE**<br><br>(Doc. 75) |

Good cause appearing, the request of Defendants to depose Plaintiff via videoconference (Doc. 75) is **GRANTED** provided it is conducted consistent with the policies and capabilities of the institution where Plaintiff is housed.

IT IS SO ORDERED.

    Dated:   **January 19, 2016**                    **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE

1