# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDCR DEPT. OF REVIEW BOARD, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-00757-DAD-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISCOVERY CUT OFF DEADLINE BY ONE MONTH**<br><br>**(Docs. 73, 77)**<br><br>Discovery Cut-Off Date − 04/01/2016 |

　　　　Defendants seek to amend the Discovery and Scheduling Order in this action to extend the discovery cut-off date by one month from March 1, 2016 to April 1, 2016. (Doc. 77.) Defendants request this extension based on Plaintiff's inability to participate in his noticed deposition, which was scheduled for February 5, 2016, due to his release from the hospital three days earlier. (*Id.*) Defendants indicate that Plaintiff agrees this this extension of time is needed both for his deposition to be re-scheduled and for him to propound discovery on Defendants -- both of which were impaired by his recent hospitalization. (*Id.*)

///

///

///

///

///

1

1  Thus, good cause appearing, the Court **ORDERS**:

2  1. Defendants' motion to extend the discovery cut-off deadline (Doc. 77), is

3  **GRANTED**.  The Court extends the discovery deadline to April 1, 2016.

IT IS SO ORDERED.

Dated:  **February 19, 2016**          /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE