# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR DEPARTMENT OF REVIEW BOARD, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-00757-DAD-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER, EXTENDING THE DISPOSITIVE MOTION FILING DEADLINE**<br><br>**(Doc. 82)**<br><br>Dispositive Motion Deadline − 09/30/2016 |

On May 9, 2016, Defendants filed a motion seeking to modify the current scheduling order.  Defendants report that Plaintiff has died recently and seek to extend case deadlines until thirty days after any successor assumes the prosecution of this case.  (Doc. 82.) Defendants report that the time has not yet lapsed for a successor to be substituted in his place in this action.  (*Id.*)  The Court notes that the 90-day deadline under Rule 25(a) of the Federal Rules of Civil Procedure for a substitution expires on August 4, 2016.  (*See* Doc. 81.)  While these events provide good cause to extend the deadline for filing dispositive motions, the Court does not find it necessary to vacate the schedule at this time.

///

///

///

1

Accordingly, the Court **ORDERS**:

1. Defendants' motion to modify the scheduling order, filed on May 9, 2016 (Doc. 82), is **GRANTED in PART**. The deadline to file dispositive motions is extended to September 30, 2016.

IT IS SO ORDERED.

Dated:   **May 10, 2016**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE