# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR DEPARTMENT OF REVIEW BOARD, et al.,<br><br>　　　　　Defendants. | **Case No.  1:12-cv-00757-DAD-JLT (PC)**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER, EXTENDING THE DISPOSITIVE MOTION FILING DEADLINE**<br><br>**(Doc. 88)**<br><br>Dispositive Motion Deadline − 02/24/2017 |

　　　　Defendants seek to extend the dispositive motion filing deadline until thirty days after any successor assumes the prosecution of this case.  (Doc. 88.)  Given Defendants' recent service of the notice of death on Plaintiff's wife the 90-day deadline under Rule 25(a) of the Federal Rules of Civil Procedure substitution expires on December 14, 2016.  (*See* Doc. 87.)  The Court agrees these events provide good cause to extend the deadline for filing dispositive motions.  Accordingly, Defendants' motion to modify the scheduling order (Doc. 88), is **GRANTED in PART** and the deadline to file dispositive motions is extended to February 24, 2017[1].

IT IS SO ORDERED.

　　Dated:　**September 30, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] In the event a successor appears, the Court will entertain a further request to modify the case schedule, if necessary.